FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

2026 JUN -9 AM 10:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: GGA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA PLAINTIFF
v.
Zavala, Michael
USMS# ______ DEFENDANT

CASE NUMBER: 2:26-mj-02616-Duty ~~20~~ 19

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 6/9/26 at 1000 ☑ AM ☐ PM
or
The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
21 USC 841(a)(1)

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes Language: ______

7. Year of Birth: 1996

8. Defendant has retained counsel: ☑ No
☐ Yes Name: ______ Phone Number: ______

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): N/A

11. Name: Maya Williams (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: [signature]

15. Date: 6/9/26